**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Rashad Lee BENNETT, Defendant– Appellant.**

**No. 05–10167**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

April 19, 2007.

Tanya K. Pierce, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Lubbock, TX, for Plaintiff– Appellee.

Robert Michael Brown, Lubbock, TX, for Defendant–Appellant.

Rashad Lee Bennett, Pollock, LA, pro se.

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: \*

Court-appointed counsel representing Rashad Lee Bennett has moved for leave to withdraw and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Bennett has filed a response.

Our independent review of the record, counsel's brief, and Bennett's response shows that there is no nonfrivolous issue for appeal. The record is insufficiently developed to allow consideration of Bennett's claims of ineffective assistance of counsel on direct appeal. *See United States v. Higdon,* 832 F.2d 312, 313–14 (5th Cir.1987). Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and this APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Bennett's motions for appointment of new counsel, for substitution of counsel, for an extension of time to file his appellate brief, and to strike counsel's *Anders* brief are DENIED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.